CELESTINO DOMÍNGUEZ Y RUBIO, recurrente, *v.* EL REGISTRADOR DE LA PROPIEDAD DE GUAYAMA, recurrido.

No. 907.—*Sometido:* Diciembre 27, 1933. *Resuelto:* Enero 12, 1934.

*C. Domínguez Rubio,* abogado del recurrente; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

De conformidad con las disposiciones del inciso 5 del artículo 2 de la Ley Hipotecaria (Estatutos de 1911, 6686) los contratos de arrendamiento por un término menor de seis años pueden ser inscritos si contienen un "convenio expreso

de las partes para que se inscriban." Un registrador inte-
rino de la propiedad se negó a inscribir una escritura nota-
rial en que los arrendatarios ratificaban un contrato de arren-
damiento celebrado por ellos anteriormente. La razón dada
fué que el contrato original no contenía el pacto especial exi-
gido por el artículo 2, supra. El contrato original lee en
parte como sigue (bastardillas nuestras):

"The parties hereto for the consideration hereinafter mentioned
covenant and agree as follows:

" .       .       .       .       .       .       .       .       .       .

"6.       .       .       .       .       .       The lessor shall pay all taxes and
water rates, and *shall have this lease duly recorded,* . . ."

Creemos que con esto se cumplió suficientemente el requi-
sito estatutario.

*Debe revocarse la nota recurrida.*